THE STATE OF OHIO, CROSS-APPELLANT, *v.* SUTTON, CROSS-APPELLEE.

[Cite as *State v. Sutton,* **128 Ohio St.3d 351, 2011-Ohio-736.**]

*Cause remanded to the court of appeals for consideration of State v. Johnson.*

(No. 2008-1996 — Submitted February 16, 2011 — Decided February 22, 2011.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 90172,

2008-Ohio-3677.

_____

**{¶ 1}** Sua sponte, this cause is no longer held for the decision in 2009-0232 and 2009-0328, *State v. Lanier.*

**{¶ 2}** This cause is remanded to the court of appeals for further consideration in view of our decision in *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Kristen L. Sobieski, Assistant Prosecuting Attorney, for cross-appellant.

Paul Mancino Jr., for cross-appellee.

_____